

**Driving progress through partnership**

**Casey D. Laffey**
Direct Phone: +1 212 549 0389
Email: claffey@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 19, 2018

*Via ECF*

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Central Islip Courthouse, Courtroom 1010
100 Federal Plaza
Central Islip, NY 11722

    Re: *Ralph Perez and Rosemary Perez v. Ditech Financial LLC*
           **Civil Action No. 2:18-cv-03809-SJF-ARL (E.D.N.Y)**

Dear Judge Feuerstein:

Plaintiffs Ralph and Rosemary Perez and Defendant Ditech Financial LLC have resolved the above-captioned litigation and executed a settlement agreement. Once all of the obligations required under the settlement agreement have been completed, Plaintiffs will file a Stipulation of Dismissal, which the parties anticipate will occur within forty-five (45) days.

We thank the Court for its attention to this matter.

Very truly yours,

REED SMITH LLP

By: *[signature]*
Casey D. Laffey

CC: Novlette R. Kidd, Esq. (*Counsel for Plaintiffs*)